[No. 71033-8-I. Division One. February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-01124-3, Eric Z. Lucas, J., entered October 4, 2013. *Remanded with instructions* by unpublished per curiam opinion.

[No. 71091-5-I. Division One. February 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JANICE MARIE BURRELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02397-9, James D. Cayce, J., entered September 30, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 71147-4-I. Division One. February 17, 2015.]

JANET RAE TIBBITS, *Individually and as Guardian*, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-20583-3, Bill Bowman, J., entered October 31, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Leach, J. Now published at 186 Wn. App. 544.

[No. 71302-7-I. Division One. February 17, 2015.]

STATE FARM FIRE & CASUALTY COMPANY, *as Subrogee*, ET AL., *Respondents*, v. FORD MOTOR COMPANY ET AL., *Appellants*,

Appeal from a judgment of the Superior Court for King County, No. 11-2-39126-4, Monica J. Benton, J., entered November 27, 2013. *Reversed* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Leach, JJ. Now published at 186 Wn. App. 715.